## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADMIRALITY ISLAND FISHERIES, INC., et al., | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV541 |
| vs. | ) ) | ORDER |
| MILLARD REFRIGERATED SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

This case is before the court on its own motion.  At the Rule 16 conference held March 30, 2006 with counsel, a jury trial date was set for Judge Smith Camp during a time she is not available for an Omaha trial and must be rescheduled.  Therefore,

**IT IS ORDERED:**

1.   The jury trial in the above-captioned matter is set to commence on **September 25, 2007,** in Omaha, Nebraska, before the **Honorable Laurie Smith Camp.**

2.   The final pretrial conference with the undersigned magistrate judge is rescheduled for **September 11, 2007 at 3:00 p.m.**, in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3.  All other deadlines and/or instructions set out in the Final Progression Order [15] remain the same.

Dated this 31st day of March 2006.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge