## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADMIRALTY ISLAND FISHERIES, INC., a Washington Corporation, d/b/a/ Aqua Star,<br><br>   Plaintiff,<br><br> vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.; a Georgia corporation; and DOES 1 to 50, inclusive,<br><br>   Defendants.<br>_____ | 8:05CV541<br><br>CONSOLIDATION ORDER |
| NATIONAL FIRE INSURANCE OF HARTFORD as Subrogee of Suram Trading Corporation,<br><br>   Plaintiff,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON as Subrogee of Icicle Seafoods, Inc., and<br><br>HARTFORD CASUALTY INSURANCE COMPANY, as Subrogee of Global Fishing, Inc.,<br><br>   Intervening Plaintiffs,<br><br> vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.,<br><br>   Defendant.<br>_____ | 8:06CV421<br><br>CONSOLIDATION ORDER |

  National Fire Insurance of Hartford and Admiralty Island Fisheries have filed motions in Case No. 8:06CV421 to consolidate the above-captioned cases for trial. Rule response time has passed, and no objections were filed. I find that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED** that the Motions to Consolidate for Trial (Filings 48 & 49 in 8:06CV421) are granted, as follows:

1. Cases Nos. 8:05CV541 and 8:06CV421 are hereby consolidated for discovery, trial, and all other purposes. The cases will be tried in Omaha.

2. For purposes of maintaining an appellate record, all further pleadings shall include in the caption the names of all parties and shall be filed in both cases.

**DATED December 18, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**