IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ADMIRALTY ISLAND FISHERIES, INC.**, a Washington Corporation, d/b/a/ Aqua Star,<br><br>   Plaintiff,<br><br> vs.<br><br>**MILLARD REFRIGERATED SERVICES, INC.**; a Georgia corporation; and DOES 1 to 50, inclusive,<br><br>   Defendants.<br>_____ | 8:05CV541<br><br>AMENDED<br>CONSOLIDATION ORDER |
| **NATIONAL FIRE INSURANCE OF HARTFORD** as Subrogee of Suram Trading Corporation,<br><br>   Plaintiff,<br><br>**CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON** as Subrogee of Icicle Seafoods, Inc., and<br><br>**HARTFORD CASUALTY INSURANCE COMPANY**, as Subrogee of Global Fishing, Inc.,<br><br>   Intervening Plaintiffs,<br><br> vs.<br><br>**MILLARD REFRIGERATED SERVICES, INC.**,<br><br>   Defendant.<br>_____ | 8:06CV421<br><br>AMENDED<br>CONSOLIDATION ORDER |

  These cases were previously consolidated for trial pursuant to Fed. R. Civ. P. 42(a). For purposes of maintaining an appellate record, the parties were ordered to file all further pleadings in both cases. In furtherance of this directive,

**IT IS ORDERED:**

1.   Case No. **8:05CV541** is hereby designated as the "**Lead Case**." Case No. 8:06CV421 is hereby designated as the "**Member Case**."

2.   The court's CM/ECF System now has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases. To this end, the parties are instructed to file all further documents (except those described in paragraph 3, below) in the Lead Case, No. 8:05CV541, and to select the option "yes" in response to the System's question whether to spread the text.

3.   The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

4.   If a party believes that an item in addition to those described in paragraph 3 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

**DATED May 4, 2007.**

            **BY THE COURT:**

            s/ F.A. Gossett
            **United States Magistrate Judge**