# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ADMIRALTY ISLAND FISHERIES, INC.**, a Washington Corporation, d/b/a/ Aqua Star, | ) ) ) ) | |
| Plaintiff, | ) ) | **8:05CV541** |
| vs. | ) ) | **ORDER** |
| **MILLARD REFRIGERATED SERVICES, INC.**; a Georgia corporation; and DOES 1 to 50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |
| **NATIONAL FIRE INSURANCE OF HARTFORD** as Subrogee of Suram Trading Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON** as Subrogee of Icicle Seafoods, Inc., and | ) ) ) ) | |
| **HARTFORD CASUALTY INSURANCE COMPANY**, as Subrogee of Global Fishing, Inc., | ) ) ) ) | **8:06CV421** **ORDER** |
| Intervening Plaintiffs, | ) ) | |
| vs. | ) ) | |
| **MILLARD REFRIGERATED SERVICES, INC.**, | ) ) ) | |
| Defendant. | ) ) | |

Considering the Agreed Motion filed by Millard Refrigerated Services, Inc. for additional time to complete necessary discovery, and for good cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. The parties are given leave to complete additional discovery, up until September 21, 2007; and

2. The January 18, 2007 Amended Progression Order is amended to reflect that the parties have until September 21, 2007 to complete depositions, and October 12, 2007 to reassert and/or file Motions for Summary Judgment.

**DATED August 21, 2007.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett
                                      **United States Magistrate Judge**