IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADMIRALTY ISLAND FISHERIES, INC., a Washington Corporation, d/b/a/ Aqua Star,<br><br>   Plaintiff,<br><br> vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.; a Georgia corporation; and DOES 1 to 50, inclusive,<br><br>   Defendants. | 8:05CV541<br><br>ORDER |
| NATIONAL FIRE INSURANCE OF HARTFORD as Subrogee of Suram Trading Corporation,<br><br>   Plaintiff,<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON as Subrogee of Icicle Seafoods, Inc., and<br><br>HARTFORD CASUALTY INSURANCE COMPANY, as Subrogee of Global Fishing, Inc.,<br><br>   Intervening Plaintiffs,<br><br> vs.<br><br>MILLARD REFRIGERATED SERVICES, INC.,<br><br>   Defendant. | 8:06CV421<br><br>ORDER |

On November 30, 2007, counsel notified the court that all claims in Case No. 8:06CV421 have been settled. Accordingly,

**IT IS ORDERED:**

1.  On or before **December 31, 2007** the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2.  Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3.  All case progression deadlines are hereby terminated as to the claims asserted in Case No. 8:06CV421 upon the representation that this case is settled.

**DATED December 3, 2007.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**