IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ADMIRALTY ISLAND FISHERIES, INC.**, a Washington corporation, d/b/a Aqua Star, | ) ) ) ) | CASE NO.  8:05CV541 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| **MILLARD REFRIGERATED SERVICES, INC.**, a Georgia corporation, and DOES 1 to 50, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| **NATIONAL FIRE INSURANCE OF HARTFORD** as Subrogee of Suram Trading Corporation, | ) ) ) ) | CASE NO. 8:06CV421 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON** as Subrogee of Icicle Seafoods, Inc., and | ) ) ) ) | |
| **HARTFORD CASUALTY INSURANCE COMPANY** as Subrogee of Global Fishing, Inc., | ) ) ) ) | |
| Intervening Plaintiffs, | ) ) | |
| v. | ) ) | |
| **MILLARD REFRIGERATED SERVICES, INC.**, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice filed in Case No. 8:05CV541, and on the Stipulation to Voluntarily Dismiss with Prejudice

filed in Case No. 8:06CV421. The Court finds that the stipulations comply with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be granted. Accordingly, IT IS ORDERED:

1. The Joint Stipulation for Dismissal With Prejudice (Case No. 8:05CV541, Filing No. 111) is approved, and the relief requested therein is granted;

2. The Stipulation to Voluntarily Dismiss with Prejudice (Case No. 8:06CV421, Filing No. 141) is approved, and the relief requested therein is granted;

3. All pending motions in these cases are denied as moot;

4. The Complaints, the counterclaims, and all claims of whatever kind that have been asserted in these cases by any party or by any intervenor are dismissed with prejudice;

5. Unless otherwise agreed by and between them in writing, the parties shall pay their own attorney fees; and

6. The parties shall pay their own costs as agreed in the stipulations of dismissal.

Dated this 14th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge